■ DOROTHY G. LEARY, as Administratrix of the Estate of WILLIAM LEARY, Deceased, Appellant-Respondent, v. JAMES P. KENNEDY, Respondent, et al., Defendant, and ROCCO VITERNA, Appellant-Respondent.— Judgments and orders affirmed, without costs of this appeal to any party. All concur, except Williams, J., who dissents only as to the verdict of no cause of action against defendant Kennedy and votes for a new trial as to Kennedy, on the ground that the verdict in favor of defendant Kennedy is against the weight of evidence. (Appeal by plaintiff from a judgment of Erie Trial Term for defendant Kennedy for no cause of action in an automobile negligence action. The order denied a motion for a new trial. Also cross appeals by plaintiff and by defendant Viterna from a judgment for plaintiff against defendant Viterna. Defendant Viterna appeals from the order denying his motion for a new trial and plaintiff appeals from the order denying her motion for a new trial on the ground of inadequacy.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.

■ JAMES F. KENNEDY, Respondent, v. ROCCO VITERNA, Appellant, et al., Defendant.— Judgment and order affirmed, with costs. All concur except Williams, J., who dissents and votes for reversal and for granting a new trial, on the ground that the verdict in favor of plaintiff is against the weight of evidence. (Appeal from a judgment of Erie Trial Term for plaintiff in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.

■ WALTER TOKARSKI, Appellant, v. LEONARD SIEDLIKOWSKI, Respondent, and RONALD C. HILL, Appellant. LEONARD SIEDLIKOWSKI, Appellant, v. RONALD C. HILL, Respondent.— Judgment in favor of plaintiff Tokarski against defendant Hill affirmed, with costs; order modified by striking therefrom the dismissal of the plaintiff's complaint and in place thereof granting a new trial, and as modified affirmed, with costs to appellant to abide the event. Judgment and order in favor of defendant Hill against plaintiff Siedlikowski in the second action reversed on the facts and a new trial granted, with costs to appellant to abide the event, on the ground that the verdict of the jury is against the weight of the evidence. All concur. (In consolidated automobile negligence actions, appeal by defendant Hill from a judgment of Erie Trial Term for plaintiff and against said defendant; also appeal by plaintiff Tokarski from an order of said Trial Term, setting aside the verdict of the jury and that part of the judgment in favor of plaintiff which was against defendant Siedlikowski and dismissing plaintiff's complaint as to said defendant; also appeal by plaintiff Siedlikowski from a judgment for defendant Hill and from an order denying plaintiff's motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.